

U.S. Department of Justice

United States Attorney
Eastern District of New York

SPN/MKM/KDE
F. #2015R00747

271 Cadman Plaza East
Brooklyn, New York 11201

November 20, 2018

<u>By ECF</u>

The Honorable Pamela K. Chen
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    United States v. Rafael Salguero
             <u>Criminal Docket No. 15-252 (S-1) (PKC)</u>

Dear Judge Chen:

      In advance of the defendant's sentencing, scheduled for December 6, 2018, at 2:30 p.m., the government respectfully submits this letter to request that the Court order that the transcript of the defendant's plea proceeding be unsealed in redacted form. The bases for maintaining limited portions of the transcript under seal are set forth in a separate, sealed submission filed today along with the proposed redacted transcript. The government also respectfully requests that the sealed docket entries relating to this defendant be unsealed for the limited purpose of permitting the government to review those entries in consultation with defense counsel to assess whether broader unsealing of any such entries is warranted at this time. Attached hereto is a proposed limited unsealing order.

      Defense counsel has been consulted and takes no position on this request.

      Respectfully submitted,

      RICHARD P. DONOGHUE
      United States Attorney

By:    /s/
      Samuel P. Nitze
      M. Kristin Mace
      Keith D. Edelman
      Assistant U.S. Attorneys
      (718) 254-7000

Enclosure

cc:    Clerk of Court (by ECF)
      Lou Freeman, Esq. (by ECF)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA | LIMITED UNSEALING ORDER |
| - against - | CR 15-252 (PKC) |
| RAFAEL SALGUERO, | |
| Defendant. | |

- - - - - - - - - - - - - - - - - - - - - - - - - - X

Upon the application of RICHARD P. DONOGHUE, United States Attorney for the Eastern District of New York, by Assistant United States Attorney Samuel P. Nitze, for an order (1) unsealing a redacted plea transcript in the above-captioned matter, and (2) unsealing sealed docket entries relating to the above-referenced defendant for the limited purpose of permitting the government to review the entries, in consultation with defense counsel, to assess whether broader unsealing of any such entries is appropriate at this time,

IT IS HEREBY ORDERED that the transcript of the defendant's plea in the above-captioned case be unsealed with the redactions proposed in the government's sealed submission dated November 20, 2018;

IT IS FUTHER ORDERED that sealed docket entries related to the above-referenced defendant shall be unsealed for the limited purpose of permitting the government

to review those entries, in consultation with defense counsel, but that the sealed docket entries shall otherwise remain under seal.

Dated:  Brooklyn, New York
_____, 2018

_____
HONORABLE PAMELA K. CHEN
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK