**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

SPN/MKM/KDE
F. #2015R00707

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

December 13, 2018

By ECF, Email and Hand

The Honorable Pamela K. Chen
United States District Judge
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re: United States v. Rafael Salguero
       Criminal Docket No. 15-252 (S-1) (PKC)

Dear Judge Chen:

   The government respectfully writes in reference to the transcript of defendant Rafael Salguero's sentencing on December 6, 2018, which the Court sealed pending an application by the government to publicly release a redacted version of the transcript. The government hereby requests that the transcript be unsealed with the redactions proposed in an exhibit to be filed separately under seal. The government respectfully submits that the proposed, limited redactions are necessary for the reasons set forth on the record during the December 6, 2018 sentencing. The government has conferred with counsel for defendant Salguero, who has no objection to the unsealing of the transcript with the proposed redactions. If the Court grants the government's request, the government will provide the

The Honorable Pamela K. Chen
December 13, 2018
Page 2

court reporter with the proposed redactions pursuant to the procedure set forth in the Court's order dated December 10, 2018.

                        Respectfully submitted,

                        RICHARD P. DONOGHUE
                        United States Attorney

By:    /s/
                        Samuel P. Nitze
                        M. Kristin Mace
                        Keith D. Edelman
                        Assistant U.S. Attorneys
                        718-254-7000

cc:    Clerk of Court (PKC) (by ECF)
       Defense Counsel (by ECF)