**quinn emanuel** trial lawyers | washington, dc

1300 I Street NW, Suite 900, Washington, District of Columbia 20005-3314 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8120**

WRITER'S EMAIL ADDRESS
**williamburck@quinnemanuel.com**

December 21, 2018

The Honorable Pamela K. Chen
U.S. District Judge
U.S. District Court for the Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York  11201

Re:     *United States v. Salguero* – Docket No. 15-cr-252 (PKC)

Dear Judge Chen:

We are filing this letter on behalf of FIFA in accordance with the Court's December 6, 2018 Order that victims of Salguero's crimes "may file restitution requests by December 21, 2018."[1]

FIFA previously filed a letter and supporting documents with the Court on December 6, 2018 setting out the factual and legal bases for its request for restitution from Mr. Salguero.  *See* Letter from Federation Internationale de Football Association requesting restitution as to Rafael Salguero, *United States v. Webb, et al.*, 15-cr-252, ECF No. 1130 (E.D.N.Y. Dec. 6, 2018).  For the sake of clarity, as FIFA's prior letter was filed before the Court issued its December 6 Order, FIFA adopts the arguments set forward in its December 6, 2018 letter and requests restitution from Salguero for the amounts set forth therein.

\*   \*   \*

---

[1] Minute Entry for proceedings held before Judge Pamela K. Chen as to Rafael Salguero, *United States v. Webb et al.*, 15-cr-252 (E.D.N.Y. Dec. 6, 2018) (the "December 6 Order").

quinn emanuel urquhart & sullivan, llp

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE | BOSTON
LONDON | TOKYO | MANNHEIM | STUTTGART | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH

We would be happy to provide any additional information or documentation the Court deems helpful in considering FIFA's request.

Very truly yours,
Quinn Emanuel Urquhart & Sullivan LLP

William A. Burck
Thomas Werlen
Stephen M. Hauss

*Attorneys for Fédération Internationale de Football Association*