UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------X
UNITED STATES OF AMERICA                Case No. 15 CR 252 (PKC)

v.

RAFAEL SALGUERO,                        ORDER EXONERATING
                                        BOND AND
                Defendant.    DIRECTING RELEASE OF FUNDS
---------------------------------------------------X

      **WHEREAS**, bail in this case was originally set by Judge Dearie in the amount of a two million dollars bond secured by one million dollars in cash;

      **WHEREAS**, bail was modified by Judge Dearie in the amount of a two million dollar bond secured by $600,000 in cash;

      **WHEREAS**, bail was further modified by Judge Chen in the amount of two million dollar bond secured by $500,000 in cash;

      **WHEREAS**, bail was further modified by Judge Chen in the amount of a two million dollar bond secured by $332,000 in cash;

      **WHEREAS**, $332,000 remains on the bond;

      **WHEREAS**, Mr. Salguero has fully complied with the terms of his bond;

      **WHEREAS**. Mr. Salguero has paid off his forfeiture obligation in full;

      **WHEREAS**, on December 6, 2018, this Court sentenced Mr. Salguero to time served and two years of supervised release;

      **WHEREAS**, the government consents to the exoneration of Mr. Salguero's bond; to the release of funds in the amount of $320,000 to the defendant's wife, Zonia Elizabeth Recinos Portillo, and to the release of funds in the amount of $15,000 to the government as an initial payment towards restitution; accordingly,

**IT IS HEREBY ORDERED**, upon the application of counsel for Mr. Salguero, that Mr. Salguero's bond in this matter is hereby exonerated, the funds released as directed herein, and all suretors on Mr. Salguero's bond are released from any liability in connection with said bond; and

**IT IS FURTHER ORDERED**, that the Clerk of the United States District Court for the Eastern District of New York, is directed to issue a check to the Clerk of the Court, Eastern District of New York, in the amount of $15,000 for restitution in the instant case and to issue a check in the amount of $320,000 payable to Freeman, Nooter & Ginsberg, as escrow agent for Zonia Elizabeth Recinos Portillo, Mr. Salguero's wife.

Dated: New York, New York
       April     , 2019

SO ORDERED

_____
The Honorable Pamela K. Chen
U.S. District Judge
Eastern District of New York